Form NTCMTRX (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Jeffery Lee Cadarette**<br>2500 S. Sheridan Drive<br>EC Brooks Corr. Facility)<br>Muskegon, MI 49444<br>SSN: xxx–xx–7385<br><br>**Debtor** | **Case Number 19–03329**<br><br>**Chapter 7** |

# NOTICE TO FILE MATRIX AS REQUIRED BY LOCAL RULES

A petition was filed in the above referenced case on August 2, 2019 . Pursuant to Fed.R.Bankr.P.1007(a)(1) and LBR 1007–2(c), the Debtor is to file with the petition a mailing matrix which must adhere to the matrix and ECF guidelines published by the Clerk.

The Debtor must file the MATRIX/VERIFICATION IMMEDIATELY. Failure to file the required mailing matrix may lead to dismissal of this case without further notice to the Debtor(s) or interested parties (See Local Bankruptcy Rule 5005–2(f)). Please visit the court's website at www.miwb.uscourts.gov (under Information for Debtors, select the "Creating a Creditor Matrix" link) for information and directions on how to file and prepare a creditor matrix.

**Dated: August 2, 2019**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>One Division Ave., N.<br>Room 200<br>Grand Rapids, MI 49503 | Clerk of the Bankruptcy Court:<br>**Michelle M. Wilson** |