**Form CTNTC** (09/13)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Jeffery Lee Cadarette**<br>2500 S. Sheridan Drive<br>EC Brooks Corr. Facility<br>Muskegon, MI 49444<br>SSN: xxx–xx–7385<br><br>**Debtor** | **Case Number 19–03329–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## COURT'S NOTICE REGARDING ENTRY OR FILING

You are hereby notified that the court acknowledges the filing of Chapter 7 Voluntary Petition (Document # 1 ) on 8/2/2019 in the above−referenced case.

**Please note the following:**
- ☐ The case was closed on , therefore, no action will be taken. The document will remain on file as evidence of the agreement reached between the parties.
- ☑ The Asset Protection Report and Verification of Matrix (along with the Matrix) was(were) due on 8/16/19 and is still missing on this case. A Notice of Filing(s) Due was sent to you on or around 8/2/19
- ☐ A Proposed Order for approval of the Motion was NOT uploaded or attached
- ☐

**Action to be taken:**
- ☐ None. This notice is for informational purposes only.
- ☑ Please file the missing documents noted above to complete the Court's file.
- ☐ Please submit a Proposed Order for approval of the motion by the Judge
- ☐

**Dated:** August 19, 2019

/S/_____
Michelle M. Wilson
Clerk of Court