United States Bankruptcy Court
Western District of Michigan

In re:                                                              Case No. 19-03329-jwb
Jeffery Lee Cadarette                                               Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1          User: burseh          Page 1 of 1          Date Rcvd: Aug 19, 2019
                              Form ID: ctntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             +Jeffery Lee Cadarette,   2500 S. Sheridan Drive,   EC Brooks Corr. Facility,
                Muskegon, MI 49444-2600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              Jeff A. Moyer    jeff@thebankruptcygrp.com,
               MI38@ecfcbis.com;crissy@thebankruptcygrp.com;heather@thebankruptcygrp.com
                                                                                            TOTAL: 1

**Form CTNTC** (09/13)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Jeffery Lee Cadarette**<br>2500 S. Sheridan Drive<br>EC Brooks Corr. Facility<br>Muskegon, MI 49444<br>SSN: xxx–xx–7385<br><br>**Debtor** | **Case Number 19–03329–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## COURT'S NOTICE REGARDING ENTRY OR FILING

You are hereby notified that the court acknowledges the filing of Chapter 7 Voluntary Petition (Document # 1 ) on 8/2/2019 in the above–referenced case.

**Please note the following:**
- ☐ The case was closed on , therefore, no action will be taken. The document will remain on file as evidence of the agreement reached between the parties.
- ☑ The Asset Protection Report and Verification of Matrix (along with the Matrix) was(were) due on 8/16/19 and is still missing on this case. A Notice of Filing(s) Due was sent to you on or around 8/2/19
- ☐ A Proposed Order for approval of the Motion was NOT uploaded or attached
- ☐

**Action to be taken:**
- ☐ None. This notice is for informational purposes only.
- ☑ Please file the missing documents noted above to complete the Court's file.
- ☐ Please submit a Proposed Order for approval of the motion by the Judge
- ☐

**Dated:** August 19, 2019

/S/_____
Michelle M. Wilson
Clerk of Court