FILED
2019 AUG 22  AM 10:10
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

**Jeffery Lee Cadarette**

Case No.: 19-03329

_____ Debtor(s)

### Verification of Creditor Matrix

I (We), hereby declare, under penalty of perjury, that the attached list of creditors is true and correct to the best of my (our) knowledge.

Date: 8/12/19

_____
Attorney for the Debtor(s)

- OR -

*Jeffery Cadarette by Katharine Hill*
Debtor                                POA

_____
Joint Debtor (if applicable)

Michigan Department of Corrections
206 E. Michigan Ave.
P.O. Box 30003
Lansing, MI 48909


Heidi E. Washington
DIrector, Michigan Department of Corrections
206 E. Michigan Ave.
P.O. Box 30003
Lansing, MI 48909