FILED

2019 SEP 23  PM 12: 00

MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

Jeffery Cadarette
2500 S. Sheridan Dr.
Muskegon, MI
(SSN: XXX-XX-7385)

United States Bankruptcy Court
Wester District of Michigan
one Division Ave., N., Room 200
Grand Rapids, MI 49503

Case No. 19-03329
Chapter 7
September 17, 2019

Sir/Ma'am,

I recieved your notice/order staying
the collection of funds by my creditors on or
about September 2, 2019. As I am incarcerated
I cannot attend the hearing you have scheduled
for September 25, 2019.

Also, the creditor, the MDOC, has ignored
this courts order/stay, and removed 50% of
$100.00 I recieved on September 9, 2019, and
then again an additional 50% of $100.00 I
recieved on September 12.

Can, and more importantly will this

Honorable Court issue an Order/warning to my Creditor to cease it's acts violating this courts Order, as well as to return all funds taken from this Debtor after the issuance of the stay?

Thank you sincerely.

Yours Sincerely,

Jeffory Cadarette