UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:                                                                  Case No. BG 19-03329
                                                                              Chapter 7
JEFFERY LEE CADARETTE,

      Debtor.
_____/

ORDER DENYING DEBTOR'S REQUEST
REGARDING § 341 MEETING OF CREDITORS
AND
SCHEDULING HEARING REGARDING ALLEGED VIOLATIONS OF THE
AUTOMATIC STAY

PRESENT:   HONORABLE JAMES W. BOYD
                              United States Bankruptcy Judge

On September 23, 2019, Jeffery Lee Cadarette (the "Debtor") filed a letter with this court regarding his chapter 7 case. (*See* Dkt. No. 15.) In the letter, the Debtor indicates that he cannot attend the § 341 meeting of creditors scheduled for September 25, 2019, because he is currently incarcerated. He also alleges that the Michigan Department of Corrections violated the automatic stay after the filing of his bankruptcy petition.

The court has reviewed the Debtor's letter and has determined to schedule a hearing regarding the alleged stay violation. However, because the convening and scheduling of the meeting of creditors is within the purview of the Office of the United States Trustee pursuant to 11 U.S.C. § 341(a), the court cannot and will not grant any relief regarding the Debtor's attendance at the § 341 meeting.

NOW, THEREFORE, IT IS HEREBY ORDERED that to the extent the Debtor's letter requests relief regarding the Debtor's attendance at the § 341 meeting of creditors, the request is DENIED.

IT IS FURTHER ORDERED that to the extent the Debtor's letter requests relief regarding alleged violations of the automatic stay by the Michigan Department of Corrections, a hearing with be held at the United States Bankruptcy Court, One Division North, 3rd Floor, Courtroom B, Grand Rapids, Michigan 49503 on **November 21, 2019** at **9:00 a.m**.

*If the Debtor wishes to appear at the November 21, 2019 hearing by telephone, he shall file a written request with the court by no later than November 14, 2019.*

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon:

Jeffery Lee Cadarette
2500 S. Sheridan Drive
EC Brooks Correctional Facility
Muskegon, MI  49444

Michigan Department of Corrections
206 E. Michigan Avenue
P.O. Box 30003
Lansing, MI  48909

Heidi E. Washington
Director, Michigan Department of Corrections
206 E. Michigan Avenue
P.O. Box 30003
Lansing, MI  48909

State of Michigan
Department of Attorney General
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI  48909

Jeff A. Moyer, Chapter 7 Trustee; and

Office of the United States Trustee
The Ledyard Building, 2nd Floor
125 Ottawa N.W., Suite 200R
Grand Rapids, MI  49503

END OF ORDER

**IT IS SO ORDERED.**



**Dated September 26, 2019**

James W. Boyd
United States Bankruptcy Judge