FILED
2019 NOV 15 AM 9:55
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

Jeffery L. Cadarette
2500 S. Sheridan Dr.
Muskegon, MI 49444

Case No. BG 19-03329

Michelle M. Wilson
Clerk of the Bankruptcy Court
One Division Ave., N., Room #200
Grand Rapids, MI 49503

Dear Clerk,                                November 10, 2019

Enclosed for filing in the above captioned case, please find two (2) account printouts generated by the "creditor". One is for September 1, 2019 through to October 2, 2019. Which shows two (2) violations of this Honorable court's ORDER staying any collection activity/attempts. The MDOC removed $50 of my funds recieved, equaling $100.00

The second printout covers October 1, 2019 through November 4, 2019. This printout shows five (5) violations of this Courts Order Staying any collections, removing/collecting a total of $665.15 from this Debtors institutional account.

(1)

A total of $765.15 was unlawfully taken from the debtor by the "Creditor", the Michigan Department of Corrections, between September 1, 2019 through November 4, 2019. A total of seven violations of this Court's Order staying all attempts to collect from this Debtor.

The MDOC deals with Court orders on a daily basis, and cannot claim ignorance, especially as I contacted every agent of the MDOC at the facility to no avail. I even wrote to the Director of the MDOC, I did not receive any response.

I humbly ask this Honorable court to ORDER the Creditor/MDOC, to return the unlawfully collected funds to the Debtors institutional account. As well as a punative damage of $150.00 for every violation of this Courts Order.

Thank you.

Yours Sincerely,

Jeffery Cockroft

(2)

| Date: 10/02/2019 08:52:11 | **Michigan Department Of Corrections** | | Page 1 of 3 |
|---|---|---|---|
| | **Trust Account Statement** | | |
| | For the period 09/01/2019 to 10/02/2019 | | |

| | | **Current** | |
|---|---|---|---|
| MDOC Nbr.: 250282 | Name: Cadarette, Jeffrey Lee | Lock Loc.: E Unit:025:Top:B | |
| Birth Date: 11/19/1975 | Location: EARNEST C. BROOKS CORRE | Jurisdiction Dates: 04/01/2005 | Active: Yes |
| Current Balance: .27 | Hold Balance: .00 | Account Dates: 05/14/2009 | A/C. Status: Active |

## Sub Account Details

| Account Code | Account Name | Balance As of 09/01/2019 | Balance As of 10/02/2019 |
|---|---|---:|---:|
| **Trust-Brooks Facility Caseload** | | | |
| 2101 | Offender Funds | 0.48 | 0.27 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Saginaw Regional Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Huron Valley Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Alger Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Gus Harrison Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Carson City Regional Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Chippewa Regional Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Kinross Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Ionia Maximum Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Marquette Prison Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Oaks Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Riverside/Deerfield/RMI Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Egeler Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-SMR Jackson Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 09/01/2019 to 10/02/2019

| MDOC Nbr.: 250282 | Name: Cadarette, Jeffrey Lee | Current Lock Loc.: E Unit:025:Top:B | |
|---|---|---|---|
| Birth Date: 11/19/1975 | Location: EARNEST C. BROOKS CORRE | Jurisdiction Dates: 04/01/2005 | Active: Yes |
| Current Balance: .27 | Hold Balance: .00 | Account Dates: 05/14/2009 | A/C. Status: Active |

| Account Code | Account Name | Balance As of 09/01/2019 | Balance As of 10/02/2019 |
|---|---|---|---|
| **Trust-SMR Jackson Caseload** | | | |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Bellamy Creek Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Maxey Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Chippewa Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |

## Debts & Obligations

| Deduction Type | | Information No. | Effective Date | Original Amount | Amount Paid | Amount Owed |
|---|---|---|---|---|---|---|
| **Trust-Carson City Regional Caseload** | | | | | | |
| MEDS | Medical Costs (State) Obligation | | 02/20/2018 | 50,717.19 | 0.00 | 50,717.19 |
| **Trust-Kinross Caseload** | | | | | | |
| MEDS | Medical Costs (State) Obligation | 75320517 | 01/27/2017 | 9,438.60 | 3,065.36 | 6,373.24 |
| **Trust-Riverside/Deerfield/RMI Facility Caseload** | | | | | | |
| OLCPB | Legal Copies (PBF) | 88661698 | 05/16/2019 | 3.10 | 0.00 | 3.10 |
| OLCPB | Legal Copies (PBF) | 88661699 | 05/16/2019 | 3.10 | 0.00 | 3.10 |
| OLPPB | Legal Postage (PBF) | 84071907 | 07/27/2018 | 0.68 | 0.00 | 0.68 |
| OLPPB | Legal Postage (PBF) | 84222002 | 08/07/2018 | 0.47 | 0.00 | 0.47 |

## Transaction Details

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Brooks Facility Caseload** | | | | |
| 90306195 | 09/10/2019 | GTL GTL EFT Receipts | 100.00 | |
| | | 1121 GTL EFT Receipts | 100.00 | |
| | | 2566 Institution Medical Payable | | 50.00 |
| | | 2101 Offender Funds | | 50.00 |
| | Narration: | Batch: 2522973, Ref:HILL,KATHERINE-09/09/2019 | | |
| 90311298 | 09/11/2019 | CRT Commissary Regular Transaction | 49.86 | |
| | | 2101 Offender Funds | 49.86 | |
| | | 2501 Payable to Commissary | | 49.86 |
| | Narration: | Batch: 2523510, Ref:102816872-Keefe Debit - | | |
| 90332265 | 09/13/2019 | GTL GTL EFT Receipts | 100.00 | |
| | | 1121 GTL EFT Receipts | 100.00 | |
| | | 2566 Institution Medical Payable | | 50.00 |
| | | 2101 Offender Funds | | 50.00 |
| | Narration: | Batch: 2524575, Ref:HILL,KATHERINE-09/12/2019 | | |
| 90585336 | 09/19/2019 | JPAYJD JPay Media Credit Payable | 7.00 | |
| | | 2101 Offender Funds | 7.00 | |
| | | 2600 JPay Media Credit Payable | | 7.00 |
| | Narration: | Batch: 2527091, Ref:0056674289-JPAY E-STAMP - | | |
| 90594151 | 09/20/2019 | LPOSPBF Legal Postage Disbursement (PBF) | .50 | |
| | | 2101 Offender Funds | | 0.50 |

Date: 10/02/2019 08:52:11

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 09/01/2019 to 10/02/2019

Page 3 of 3

| | | | | | |
|---|---|---|---|---|---|
| **MDOC Nbr.:** 250282 | | **Name:** Cadarette, Jeffrey Lee | **Current Lock Loc.:** E Unit:025:Top:B | | |
| **Birth Date:** 11/19/1975 | | **Location:** EARNEST C. BROOKS CORRE | **Jurisdiction Dates:** 04/01/2005 | **Active:** | Yes |
| **Current Balance:** .27 | | **Hold Balance:** .00 | **Account Dates:** 05/14/2009 | **A/C. Status:** | Active |

| GJ No. | Date | Description | | Debit | Credit |
|---|---|---|---|---|---|
| *Trust-Brooks Facility Caseload* | | | | | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.50 |
| | *Narration:* | Batch: 2527381, Ref:EXP - | | | |
| 90626504 | 09/25/2019 | *CRT Commissary Regular Transaction* | 42.85 | | |
| | | 2101 Offender Funds | | 42.85 | |
| | | 2501 Payable to Commissary | | | 42.85 |
| | *Narration:* | Batch: 2528479, Ref:102843533-Keefe Debit - | | | |

|  |  |
|---|---|
| **Total Receipts:** | **200.00** |
| **Total Disbursments:** | **100.21** |

Date: 11/04/2019 13:39:08

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 10/01/2019 to 11/04/2019

Page 1 of 3

| | |
|---|---|
| MDOC Nbr.: 250282 | Name: Cadarette, Jeffrey Lee |
| Birth Date: 11/19/1975 | Location: EARNEST C. BROOKS CORRE |
| Current Balance: 407.86 | Hold Balance: .00 |

Current Lock Loc.: E Unit:008:Top:A
Jurisdiction Dates: 04/01/2005
Account Dates: 05/14/2009

Active: Yes
A/C. Status: Active

## Sub Account Details

| Account Code | Account Name | Balance As of 10/01/2019 | Balance As of 11/04/2019 |
|---|---|---:|---:|
| **Trust-Brooks Facility Caseload** | | | |
| 2101 | Offender Funds | 0.27 | 407.86 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Saginaw Regional Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Huron Valley Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Alger Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Gus Harrison Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Carson City Regional Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Chippewa Regional Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Kinross Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Ionia Maximum Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Marquette Prison Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Oaks Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Riverside/Deerfield/RMI Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Egeler Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-SMR Jackson Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |

Date: 11/04/2019 13:39:08  **Michigan Department Of Corrections**  Page 2 of 3

**Trust Account Statement**

**For the period 10/01/2019 to 11/04/2019**

| | | |
|---|---|---|
| MDOC Nbr.: 250282 | Name: Cadarette, Jeffrey Lee | Current Lock Loc.: E Unit:008:Top:A |
| Birth Date: 11/19/1975 | Location: EARNEST C. BROOKS CORRE | Jurisdiction Dates: 04/01/2005   Active: Yes |
| Current Balance: 407.86 | Hold Balance: .00 | Account Dates: 05/14/2009   A/C. Status: Active |

| Account Code | Account Name | Balance As of 10/01/2019 | Balance As of 11/04/2019 |
|---|---|---|---|
| **Trust-SMR Jackson Caseload** | | | |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Bellamy Creek Facility Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Maxey Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| **Trust-Chippewa Caseload** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |

## Debts & Obligations

| Deduction Type | | Information No. | Effective Date | Original Amount | Amount Paid | Amount Owed |
|---|---|---|---|---|---|---|
| **Trust-Carson City Regional Caseload** | | | | | | |
| MEDS | Medical Costs (State) Obligation | | 02/20/2018 | 50,717.19 | 0.00 | 50,717.19 |
| **Trust-Kinross Caseload** | | | | | | |
| MEDS | Medical Costs (State) Obligation | 75320517 | 01/27/2017 | 9,438.60 | 3,730.51 | 5,708.09 |
| **Trust-Riverside/Deerfield/RMI Facility Caseload** | | | | | | |
| OLCPB | Legal Copies (PBF) | 88661698 | 05/16/2019 | 3.10 | 0.00 | 3.10 |
| OLCPB | Legal Copies (PBF) | 88661699 | 05/16/2019 | 3.10 | 0.00 | 3.10 |
| OLPPB | Legal Postage (PBF) | 84071907 | 07/27/2018 | 0.68 | 0.00 | 0.68 |
| OLPPB | Legal Postage (PBF) | 84222002 | 08/07/2018 | 0.47 | 0.00 | 0.47 |

## Transaction Details

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Brooks Facility Caseload** | | | | |
| 90729985 | 10/07/2019 | GTL GTL EFT Receipts | 297.05 | |
| | | 1121 GTL EFT Receipts | 297.05 | |
| | | 2566 Institution Medical Payable | | 148.53 |
| | | 2101 Offender Funds | | 148.52 |
| | Narration: | Batch: 2532258, Ref:HILL,KATHERINE-10/06/2019 | | |
| 90744605 | 10/09/2019 | CRT Commissary Regular Transaction | 105.70 | |
| | | 2101 Offender Funds | 105.70 | |
| | | 2501 Payable to Commissary | | 105.70 |
| | Narration: | Batch: 2533024, Ref:102869977-Keefe Debit - | | |
| 91009412 | 10/16/2019 | LPOSPBF Legal Postage Disbursement (PBF) | .50 | |
| | | 2101 Offender Funds | 0.50 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.50 |
| | Narration: | Batch: 2535608, Ref:EXP - | | |
| 91009413 | 10/16/2019 | LPOSPBF Legal Postage Disbursement (PBF) | .50 | |
| | | 2101 Offender Funds | 0.50 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.50 |
| | Narration: | Batch: 2535608, Ref:EXP - | | |
| 91009531 | 10/16/2019 | REGPD Regular Postage Disbursement | 1.75 | |
| | | 2101 Offender Funds | 1.75 | |

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 10/01/2019 to 11/04/2019

| | | | | |
|---|---|---|---|---|
| MDOC Nbr.: 250282 | Name: Cadarette, Jeffrey Lee | Current Lock Loc.: E Unit:008:Top:A | | |
| Birth Date: 11/19/1975 | Location: EARNEST C. BROOKS CORRE | Jurisdiction Dates: 04/01/2005 | Active: Yes | |
| Current Balance: 407.86 | Hold Balance: .00 | Account Dates: 05/14/2009 | A/C. Status: Active | |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| *Trust-Brooks Facility Caseload* | | | | |
| | | 2583 Postage (State) Payable - Direct | | 1.75 |
| | Narration: | Batch: 2535613, Ref:pstg - | | |
| 91012656 | 10/16/2019 | LCSTD Legal Copies Disbursement (State) | .90 | |
| | | 2101 Offender Funds | | 0.90 |
| | | 2581 Copies (State) Payable - Direct | | 0.90 |
| | Narration: | Batch: 2535945, Ref:legal copies - | | |
| 91043795 | 10/21/2019 | GTL GTL EFT Receipts | 297.05 | |
| | | 1121 GTL EFT Receipts | | 297.05 |
| | | 2566 Institution Medical Payable | | 148.53 |
| | | 2101 Offender Funds | | 148.52 |
| | Narration: | Batch: 2537044, Ref:HILL,KATHERINE-10/18/2019 | | |
| 91051385 | 10/21/2019 | REGPD Regular Postage Disbursement | 1.15 | |
| | | 2101 Offender Funds | | 1.15 |
| | | 2583 Postage (State) Payable - Direct | | 1.15 |
| | Narration: | Batch: 2537376, Ref:PSTG - | | |
| 91051388 | 10/21/2019 | REGPD Regular Postage Disbursement | 1.60 | |
| | | 2101 Offender Funds | | 1.60 |
| | | 2583 Postage (State) Payable - Direct | | 1.60 |
| | Narration: | Batch: 2537376, Ref:PSTG - | | |
| 91065947 | 10/23/2019 | CRT Commissary Regular Transaction | 105.41 | |
| | | 2101 Offender Funds | | 105.41 |
| | | 2501 Payable to Commissary | | 105.41 |
| | Narration: | Batch: 2537997, Ref:102895781-Keefe Debit - | | |
| 91103802 | 10/28/2019 | JPAYJD JPay Media Credit Payable | 40.00 | |
| | | 2101 Offender Funds | | 40.00 |
| | | 2600 JPay Media Credit Payable | | 40.00 |
| | Narration: | Batch: 2539785, Ref:0058465274-JPAY E-STAMP - | | |
| 91108302 | 10/29/2019 | GTL GTL EFT Receipts | 297.05 | |
| | | 1121 GTL EFT Receipts | | 297.05 |
| | | 2566 Institution Medical Payable | | 148.53 |
| | | 2101 Offender Funds | | 148.52 |
| | Narration: | Batch: 2539858, Ref:HILL,KATHERINE-10/28/2019 | | |
| 91134233 | 11/01/2019 | GTL GTL EFT Receipts | 297.05 | |
| | | 1121 GTL EFT Receipts | | 297.05 |
| | | 2566 Institution Medical Payable | | 148.53 |
| | | 2101 Offender Funds | | 148.52 |
| | Narration: | Batch: 2541228, Ref:HILL,KATHERINE-10/31/2019 | | |
| 91154488 | 11/04/2019 | GTL GTL EFT Receipts | 142.05 | |
| | | 1121 GTL EFT Receipts | | 142.05 |
| | | 2566 Institution Medical Payable | | 71.03 |
| | | 2101 Offender Funds | | 71.02 |
| | Narration: | Batch: 2541704, Ref:HILL,KATHERINE-11/03/2019 | | |

**Total Receipts:** 1,330.25
**Total Disbursments:** 257.51