UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                    Case No. 19-03329-JWB

JEFFERY LEE CADARETTE,                                    Chapter 7

    Debtor(s).                                        Honorable James W Boyd
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court               Jeffrey L. Cadarette #250282
      US Bankruptcy Court            Earnest C. Brooks Correctional Facility
      One Division Ave., N.           2500 S. Sheridan Drive
      Room 200                       Muskegon,  MI  49444
      Grand Rapids, MI  49503

     PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General, and Moe Freedman, Assistant Attorney General, as attorneys for the Michigan Department of Corrections, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

     Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                DANA NESSEL
                                                Attorney General

                                                /s/ Moe Freedman
                                                Moe Freedman   (P74224)
                                                Assistant Attorney General
                                                Cadillac Place, Ste. 10-200
                                                3030 W. Grand Blvd.
                                                Detroit, MI  48202
                                                Telephone:  (313) 456-0140
                                                E-Mail:  FreedmanM1@michigan.gov

Dated:  December 09, 2019